**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ALLEN WADE VELA,                        :  No. 28 WM 2023
                                        :
          Petitioner           :
                                        :
                                        :
                                        :
         v.                      :
                                        :
                                        :
                                        :
R. IRWIN, SUPERINTENDENT OF SCI         :
FOREST,                                 :
                                        :
         Respondent           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DISMISSED.